UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN DRUMMOND,

    Plaintiff,

v.                                    Case No: 6:24-cv-1826-JSS-DCI

MR. & MRS. CRAB SEAFOOD
SANFORD INC.,

    Defendant.
_____/

## **ORDER**

The parties have filed a joint stipulation of dismissal with prejudice. (Dkt. 48.) Upon review of the docket, the joint stipulation is signed by all the parties who have appeared in the lawsuit. Fed. R. Civ. P. 41(a)(1)(A)(ii); *see City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) ("Rule 41(a)(1)(A)(ii) . . . permits a plaintiff to dismiss an action without a court order by filing 'a stipulation of dismissal signed by all parties who have appeared.'") (quoting Fed. R. Civ. P. 41(a)(1)(A)(ii)).

Accordingly:

1. This case is **DISMISSED with prejudice**.

2. The parties shall bear their own costs, attorney fees, and expenses.

3. The case remains closed.

**ORDERED** in Orlando, Florida, on May 23, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record